IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TIMOTHY MIMS,
        Petitioner,

v.                                  **Judgment in a Civil Case**

UNITED STATES OF AMERICA,
        Respondent.                      Case Number: 5:22-HC-2087-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for an initial review under 28 U.S.C. § 2243 in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on November 28, 2022, with service on:
Timothy Mims  (via U.S. Mail)
93203-051
Butner - F.M.C.
P.O. Box 1600
Butner, NC 27509

November 28, 2022                                      Peter A. Moore, Jr.
                                                        Clerk of Court

                                                        By: *Stephanie Mann* (signature)
                                                             Deputy Clerk